**Electronically Filed
Supreme Court
SCWC-12-0000315
04-OCT-2013
01:53 PM**

SCWC-12-0000315

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DONALD EDWARD KROG, in his capacity as Trustee of
the Donald Edward Krog Living Trust, Dated March 25, 2010,
Respondent/Plaintiff-Appellee,

vs.

ELEANA UMILANI KOAHOU and YVONNE MOKIHANA KEAHI,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000315; CIV. NO. 11-1-1697-08)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ.
and Circuit Judge Nacino, in place of Recktenwald, C.J., recused)

Petitioners/Defendants-Appellants' Application for Writ
of Certiorari, filed on August 21, 2013, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be
heard in this case. Any party may, within ten days and pursuant
to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move
for retention of oral argument.

DATED: Honolulu, Hawaiʻi, October 4, 2013.

| | |
|---|---|
| Gary Victor Dubin, | /s/ Paula A. Nakayama |
| Frederick J. Arensmeyer, | |
| and Zeina Jafar | /s/ Simeon R. Acoba, Jr. |
| for petitioners | |
| | /s/ Sabrina S. McKenna |
| Theodore D.C. Young, | |
| Andrew G. Odell, | /s/ Richard W. Pollack |
| Wayne Nasser, Kevin W. | |
| Herring and Steven R. | /s/ Edwin C. Nacino |
| Gray for respondent | |

